IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>    v.<br><br>AMY JACOBY,<br><br>                      Defendant. | **8:23CR126**<br><br>**ORDER** |

       This matter is before the Court on the Unopposed Motion to Continue Trial (Filing No. 90). The parties have reached a tentative agreement to resolve this matter short of trial. For good cause shown,

       IT IS ORDERED that the Unopposed Motion to Continue Trial (Filing No. 90) is granted as follows:

    1.    The jury trial now set for September 3, 2024, is continued to **October 28, 2024.**

    2.    In accordance with 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and October 28, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

    3.    No further continuances will be granted barring exceptional circumstances.

Dated this 27th day of August 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge